■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THEODORE M. KELLEY, Appellant. — Appeal from a judgment of the County Court of Albany County, rendered January 14, 1980, convicting defendant upon his plea of guilty of the crime of criminal possession of a controlled substance in the third degree. Judgment affirmed. No opinion. We note that defendant may make an application to the sentencing court to reduce the maximum term heretofore imposed (Penal Law, § 60.09). Mahoney, P.J., Kane, Main, Mikoll and Yesawich, Jr., JJ., concur.